UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

UNITED STATES OF AMERICA

    -against-

           **ORDER**

Juan Gabriel Rodriguez-Dilone

15-cr-547 (JPO)
Docket#

-------------------------------------x

    Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the undersigned attorney and the consent of the defendant, and

    According to Section VII (D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Griminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

    IT IS HEREBY ORDERED that _____Daniel M. Perez_____ is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

_____
Attorney's Signature

Daniel M. Perez
Print Attorney's Name

93 Spring Street. Suite 505
Address

Newton, NJ 07860

(973) 300-5135
Telephone

_____
Defendant's Signature

SO ORDERED.

_____
J. PAUL OETKEN
United States District Judge

8/6/2021
DATED

_____
Laura Taylor Swain
Chief Judge

8/6/2021
DATED