

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 21, 2021

**BY ECF**
Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States* v. *Rodriguez-Dilone*, 15 Cr. 547 (JPO)

Dear Judge Oetken:

      The Government, on consent of Dan Perez, Esq., counsel for Mr. Rodriguez-Dilone, writes in advance of the conference currently scheduled for September 29, 2021, to request a one-month adjournment. If convenient to the Court, Mr. Perez and the Government are available on October 25, 27, and 29, as well as the Mondays, Wednesdays, and Fridays in November.

      The parties are continuing discussions regarding a resolution of the case, and the additional time will facilitate those discussions, as well as Mr. Perez's meetings with Mr. Rodriguez-Dilone. Mr. Perez has consented on behalf of his client to the exclusion of time under the Speedy Trial Act between now and the date of the rescheduled conference, in the interest of justice and to provide sufficient time for the parties to discuss a potential resolution.

> Granted.  The September 29, 2021 pretrial conference is adjourned to October 29, 2021 at 2:15 pm.  The Court hereby excludes time through October 29, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered:
>   September 22, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: ___/s/ Andrew C. Adams_____
     Andrew C. Adams
     Assistant United States Attorney
     (212) 637-2340

_____
J. PAUL OETKEN
United States District Judge